# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### NO: 5:23-cr-00375-2M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSHAD MAURICE RAINES<br>Defendant | ORDER |

THIS MATTER is before the Court on Defendant's Motion to Seal requesting that the Defendant's Fourth Motion to Continue Detention Hearing be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is granted and the Clerk is directed to file under seal the Defendant's Fourth Motion to Continue Detention Hearing.

SO ORDERED.

This the 15th day of February 2024.

_____
KIMBERLY A. SWANK
United States Magistrate Judge