UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:23-cr-00375-2M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSHAD MAURICE RAINES<br>Defendant | ORDER |

THIS MATTER is before the Court on Defendant's Fourth Motion to Continue Detention Hearing under seal which is currently scheduled for February 16, 2024 at 10:00 a.m. in Greenville, North Carolina. For good cause shown, the Motion is GRANTED, and the detention hearing is continued to **10:00 a.m. on March 1, 2024, in Raleigh (6th Floor Courtroom).**

It is further ORDERED that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

SO ORDERED, this the 15th day of February 2024.

_____
KIMBERLY A. SWANK
United States Magistrate Judge